## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| FRANK HARRISON and FRANK WELCH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:11-0491 |
| ) | Judge Trauger |
| MCDONALD'S MANAGEMENT COMPANY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for August 8, 2011 is **RESET** for August 16, 2011 at 2:30 p.m.

It is so **ORDERED**.

ENTER this 2nd day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge